```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
            -v-                                             :        17-cr-0350 (KBF)
                                                            :
RAZHDEN SHULAYA, et al.                                     :        OPINION & ORDER
                                                            :
                        Defendants.                         :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 5, 2018

KATHERINE B. FORREST, District Judge:

In connection with the pending motion for random reassignment filed by defendants Zurab Dzhanashvili, Alex Mitselmakher, Varazhuan Dovlatyan, and Emil Sosunov, (ECF No. 459), the Court orders the Government to file a submission explaining in more detail what witnesses/evidence are anticipated as necessary to the trial of the original indictment (ECF No. 1) compared with that with respect to fifth superseding indictment (ECF No. 438). Such submission shall be made **not later than February 26, 2018.**

    SO ORDERED.

Dated:    New York, New York
           February 5, 2018

                                                 _____
                                                     KATHERINE B. FORREST
                                                     United States District Judge