# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

| | |
|---|---|
| LOUIS M. FREEMAN | 75 MAIDEN LANE |
| THOMAS H. NOOTER* | SUITE 503 |
| LEE A. GINSBERG | NEW YORK, N.Y. 10038 |
| | |
| NADJIA LIMANI | (212) 608-0808 |
| OF COUNSEL | TELECOPIER (212) 962-9696 |
| | |
| CHARLENE RAMOS | |
| OFFICE MANAGER | |

June 22, 2020

Honorable Ronnie Abrams
United States District Judge
United States Courhouse
40 Centre Street
New York, New York 10007

**The request is granted. SO ORDERED.**

*Loretta A. Presky* 6/23/2020

**Re: United States v. Zurab Dzhanashivili**
**17 CR 350 (RA)**

Dear Judge Abrams:

    Mr. Dzhanashivili was released on bail on the above entitled matter. Pre-Trial advises that he can only leave his home for medical reasons. We respectfully write to request that his conditions be modified to allow him to attend religious services and to attend legal visits.

    The government has no objection to this request.

Respectfully,

/S/ Lee Ginsberg
Lee Ginsberg

cc: All counsel (By ECF)