# FREEMAN, NOOTER & GINSBERG
### ATTORNEYS AT LAW

| | | |
|---|---|---|
| LOUIS M. FREEMAN | | 75 MAIDEN LANE |
| THOMAS H. NOOTER | | SUITE 503 |
| LEE A. GINSBERG | | NEW YORK, N.Y. 10038 |
| _____ | | _____ |
| NADJIA LIMANI | | (212) 608-0808 |
| OF COUNSEL | | TELECOPIER (212) 962-9696 |
| _____ | | E-MAIL: FNGLAW@AOL.COM |
| CHARLENE RAMOS | | WWW.FNGLAW.COM |
| OFFICE MANAGER | | |

December 30, 2020

> Counsel's request to modify Mr. Dzhanashvili's bail conditions to permit Mr. Dzhanashvili to spend New Year's Eve outside of his home with his family is GRANTED. SO ORDERED.
>
> *Loretta A. Preska* 12/30/2020

Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. Zurab Dzhanashvili**
17 CR 350 (LAP)

Dear Judge Preska:

    I respectfully request that Mr. Dzahanishvili have his bail conditions modified so that he may spend New Year's Eve outside of his home with his family. The government consents to this request.

                      Respectfully,

                      /S/ Lee Ginsberg
                      Lee Ginsberg

cc: All counsel (By ECF)
   Jonathan Littiery PTS

1