# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

NADJIA LIMANI
OF COUNSEL
CHARLENE RAMOS
OFFICE MANAGER

75 MAIDEN LANE
SUITE 503
NEW YORK, N.Y. 10038

(212) 608-0808
TELECOPIER (212) 962-9696
E-MAIL: FNGLAW@AOL.COM
WWW.FNGLAW.COM

January 20, 2021

Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**The requested bail modification is granted.  SO ORDERED.**

*Loretta A. Preska* 1/21/2021

Re: **United States v. Zurab Dzhanashvili**
17 CR 350 (LAP)

Dear Judge Preska:

    I write with the consent of the government to request that the court order that the bail conditions of the defendant be modified. We respectfully request that his condition be modified to remove home confinement and remove a curfew as conditions of his bail. He will continue to wear an electronic monitoring device and abide by all other regular reporting requirements.

Respectfully,

/S/ Lee Ginsberg
Lee Ginsberg

Cc: All counsel (By ECF)