# FREEMAN, NOOTER & GINSBERG
### ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER
LEE A. GINSBERG

75 MAIDEN LANE
SUITE 503
NEW YORK, N.Y. 10038

NADJIA LIMANI
OF COUNSEL

CHARLENE RAMOS
OFFICE MANAGER

(212) 608-0808
TELECOPIER (212) 962-9696
E-MAIL: FNGLAW@AOL.COM
WWW.FNGLAW.COM

May 6, 2021

Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Zurab Dzhanashvili</u>
S12 17 Cr. 350 (LAP)

Dear Judge Preska;

We write to request that the court approve a modification of Mr. Dzhanashvili's bail to permit removal of electronic monitoring as a condition of the bail. Pre-Trial Services will determine the appropriate reporting schedule for him going forward. The government has no objection to this request.

SO ORDERED

/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
5/7/21

Respectfully,

/S/ Lee Ginsberg
Lee Ginsberg

cc: All counsel (By ECF)
    Andrew Adams, Esq AUSA