# FREEMAN, NOOTER & GINSBERG
### ATTORNEYS AT LAW

| | |
|---|---|
| LOUIS M. FREEMAN | 75 MAIDEN LANE |
| THOMAS H. NOOTER | SUITE 503 |
| LEE A. GINSBERG | NEW YORK, N.Y. 10038 |
| _____ | _____ |
| NADJIA LIMANI | (212) 608-0808 |
| OF COUNSEL | TELECOPIER (212) 962-9696 |
| | E-MAIL: FNGLAW@AOL.COM |
| _____ | WWW.FNGLAW.COM |
| CHARLENE RAMOS | |
| OFFICE MANAGER | |

August 16, 2021

Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

### Re: United States v. Zurab Dzhanashvili
### 17 CR 350 (LAP)

Dear Judge Preska:

    I respectfully request that Mr. Dzahanishvili have his bail conditions modified so that he may travel anywhere within the United States. The government consents to this request.

               Respectfully,

               /S/ Lee Ginsberg
               Lee Ginsberg

cc: All counsel (By ECF)
    Jonathan Littiery PTS

```
Mr. Dzahanishvili's bail conditions are hereby
modified so that he may travel anywhere within
the United States.  SO ORDERED.
```

*Loretta A. Preska* 8/17/2021

1