

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 28, 2023

**BY ECF**

Hon. Loretta A. Preska
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Zurab Dzhanashvili,*
            **17 Cr. 350 (LAP)**

Dear Judge Preska:

    The Government writes respectfully to request that the Court schedule sentencing for defendant Zurab Dzhanashvili and direct the Probation Department to prepare a pre-sentence investigation report.

(1)

(2) Sentencing will be on March 26 at 10:00

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Andrew Thomas
Assistant United States Attorney
(212) 637-2106

SO ORDERED
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

11/29/23

cc: Lee Ginsberg, Esq. (by ECF)
*Counsel to Zurab Dzhanashvili*