UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITES STATES OF AMERICA

                                        17 Cr 350 (LAP)

    -against-                           ORDER

ZURAB DZHANASHVILI

                Defendant
------------------------------------------------------------X

LORETTA A. PRESKA, United States District Judge:

       Defendant Zurab Dzhanashvili having waived Indictment in open Court before Magistrate Judge Lehrburger on June 8, 2018, IT IS HEREBY ORDERED: The Clerk of Court, Southern District of New York, is directed to docket and file the S15 Information (formally known as the S12 Information) and Waiver of Indictment.

Dated:    March 27, 2024
              New York, New York

                                                  SO ORDERED

                                                  _____
                                                  LORETTA A. PRESKA
                                                  United States District Judge