UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-against-<br><br>Zurab Dzhanashvili,<br><br>Defendant. | 17-CR-350 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Defendant Zurab Dzhanashvili's motion to terminate his remaining term of supervised release. For the reasons that follow, the motion is DENIED.

**LEGAL STANDARD**

The Court may "terminate a term of supervised release . . . at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In considering such a motion, the Court also weighs the traditional factors in Section 3553(a) that are considered at the sentencing stage. United States v. Mejia, No. 13 CR. 617-1 (KPF), 2025 WL 3779083, at *2 (S.D.N.Y. Dec. 30, 2025) (citation omitted).

**DISCUSSION**

Defendant's sole argument for early termination is that he has been "fully compliant" with his terms of supervised release

and should be rewarded with premature termination accordingly. While the Court applauds Defendant's successful reintegration into society to date, it is well established in this Circuit that "early termination is not warranted where a defendant did nothing more than that which he was required to do by law." United States v. Rusin, 105 F. Supp. 3d 291, 292 (S.D.N.Y. 2015).

At present, Defendant has failed to identify any "exceptional circumstances" beyond his commendable compliance that would otherwise warrant early termination. United States v. Dussard, No. 16 CR. 673-2 (GBD), 2025 WL 2710212, at *2 (S.D.N.Y. Sept. 23, 2025). Nor has he identified "additional facts or considerations that would change this Court's careful consideration of the section 3553(a) factors when it imposed the original sentence." Id.

**CONCLUSION**

Accordingly, Defendant's motion for early termination of supervised release is DENIED. The Clerk of Court shall close Dkts. 1501, 1505, and 1510.

**SO ORDERED.**

Dated: New York, New York
November 10, 2026

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge